## UNITED STATES of America,
Appellee,

v.

Ronald MITCHELL, Appellant.

No. 01–1400.

United States Court of Appeals,
Eighth Circuit.

Submitted July 13, 2001.

Decided July 24, 2001.

Before BYE, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Following a hearing, the district court[1] ordered Ronald Mitchell committed under 18 U.S.C. § 4245 to the custody of the Attorney General, for hospital care and treatment in a suitable facility until treatment is no longer needed or Mitchell's sentence expires, whichever occurs first. Mitchell appeals. Having carefully reviewed the record, we are satisfied that the district court's findings as to Mitchell's condition are not clearly erroneous. *See* 18 U.S.C. § 4245(d) (burden of proof); *United States v. S.A.,* 129 F.3d 995, 1000 (8th Cir.1997) (standard of review), *cert. denied,* 523 U.S. 1011, 118 S.Ct. 1200, 140 L.Ed.2d 329 (1998). Accordingly, we affirm.

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

We grant counsel's motion to withdraw, and deny Mitchell's pro se motion.